**181 So. 127**

#### Melvina CORNELIUS v. STATE.

8 Div. 900.

Supreme Court of Alabama.

April 21, 1938.

Rehearing Denied May 19, 1938.

S. A. Lynne, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

Petition of Melvina Cornelius for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Cornelius v. State, 181 So. 127.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

**181 So. 511**

#### M. Louise LOCKWOOD v. STATE FARM MUTUAL AUTOMOBILE INS. CO.

3 Div. 258.

Supreme Court of Alabama.

May 19, 1938.

Thos. H. Watts, Hill, Hill, Whiting & Rives, and Wm. F. Thetford, all of Montgomery, for petitioner.

Rushton, Crenshaw & Rushton, of Montgomery, opposed.

THOMAS, Justice.

Petition of M. Louise Lockwood for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Lockwood v. State Farm Mutual Automobile Ins. Co., 181 So. 509.

Writ denied.

ANDERSON, C. J., and BOULDIN, and FOSTER, JJ., concur.